UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 8:25-cv-00123-AH-KESx | Date | April 9, 2026 |
|---|---|---|---|

Title   *Christopher Cude v. The Lincoln National Life Insurance Company et al.*

Present: The Honorable   Anne Hwang, United States District Judge

|  Yolanda Skipper  |  Not Reported  |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE**

On January 22, 2025, Plaintiff filed this ERISA action against Defendants asserting a claim for short-term disability benefits under an employee benefit plan.  8:25-cv-123-AH-KES ("Cude I").  On November 3, 2025, Plaintiff filed a second action against Defendants relating to long-term disability benefits.  8:25-cv-2469-AH-KES ("Cude II").  The parties shall meet and confer and file a joint statement regarding why these actions should proceed separately, by April 14, 2026.

To the extent the parties agree that Cude I should proceed separately from Cude II, the parties shall comply with the Court's order regarding proposed findings of fact and conclusions of law in Cude I.  *See* Civil Pretrial Schedule and Trial Order at 2(i), Dkt. No. 19.  The parties' proposed findings of fact and conclusions of law should make clear the facts that are undisputed and shall be filed no later than April 28, 2026.

**IT IS SO ORDERED.**